IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY J. EVERS, JR.**                                                               **PLAINTIFF**
ADC #113065

v.                     **CASE NO. 3:17CV00017 BSM**

**PHYLISS RUTLEDGE, et al.**                                             **DEFENDANTS**

## **ORDER**

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 20] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Larry Evers Jr.'s complaint [Doc. No. 2] is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of May 2017.

                                                                             _____
                                                                         UNITED STATES DISTRICT JUDGE