IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY J. EVERS, JR.**     **PLAINTIFF**
**ADC #113065**

v.     **CASE NO. 3:17CV00017 BSM**

**PHYLISS RUTLEDGE, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE